Approved: _____
Christopher D. Brumwell
Assistant United States Attorney

Before:  THE HONORABLE PAUL E. DAVISON
         United States Magistrate Judge
         Southern District of New York

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :   **SEALED COMPLAINT**

         - v. -                     :   Violation of
                                        18 U.S.C. § 1709
FAUSTO LUCAS,                       :
                                        COUNTY OF OFFENSE:
                   Defendant.       :   WESTCHESTER

- - - - - - - - - - - - - - - - - - x   18M 9715

SOUTHERN DISTRICT OF NEW YORK, ss.:

         CHIQUITA SAFFORD, being duly sworn, deposes and says that she is a Special Agent with the United States Postal Service ("USPS"), Office of the Inspector General ("USPS-OIG"), and charges as follows:

COUNT ONE
(Theft of Mail by a Postal Employee)

         1.   From at least in or about July 2018, up to and including at least on or about November 1, 2018, in the Southern District of New York and elsewhere, FAUSTO J. LUCAS, the defendant, being a Postal Service employee, knowingly did embezzle letters, postal cards, packages, bags, and mail, and articles and things contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by a carrier, messenger, agent, and other person employed in a department of the Postal Service, and forwarded through and delivered from a post office and station thereof established by authority of the Postmaster General or of the Postal Service; and did steal, abstract, and remove from such letters, packages, bags, and mail, articles and things contained therein, to wit, LUCAS, while working as a parcel post driver for the Postal Service, removed and stole articles contained in letters and packages he was responsible for delivering.

(Title 18, United States Code, Sections 1709.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the USPS-OIG and have been so employed for approximately fourteen years. I have been personally involved in the investigation of this matter. This affidavit is based upon my observations and personal participation in the investigation, my conversations with law-enforcement officers and others, and my examination of reports and records prepared by others. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents or the actions, statements, or conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based upon my participation in this investigation, my personal observations, my review of USPS documents, and conversations with other law enforcement officers, I have learned, among other things:

 a. FAUSTO LUCAS, the defendant, has been employed by USPS since on or about March 14, 2009. Between on or about June 9, 2018 up to and including on or about November 1, 2018, LUCAS worked as a City Carrier/Parcel Post Driver, and was responsible for delivering and collecting parcels and other mail along routes in the vicinity of New Rochelle, New York.

 b. Prior to on or about November 1, 2018, I and other USPS-OIG agents caused a video camera ("Camera-1") to be installed in the cab of the vehicle ("Vehicle-1") LUCAS used to collect and deliver mail along his assigned route.

 c. Using Camera-1, on or about November 1, 2018, I, along with other USPS-OIG agents, conducted video surveillance of LUCAS inside Vehicle-1 while he was delivering and collecting mail on his assigned route in New Rochelle. I observed LUCAS opening mail parcels.

4. After observing LUCAS open mail parcels on or about November 1, 2018, I, along with other USPS-OIG agents, stopped LUCAS while he was driving Vehicle-1 and interviewed him. After receiving Miranda warnings, FAUSTO LUCAS consented to an interview. From my participation in the interview of

2

FAUSTO LUCAS, the defendant, on or about November 1, 2018, I learned, among other things, that:

    a. LUCAS admitted to stealing money orders and marijuana from the mail for approximately four months.

    b. LUCAS admitted that, on or about November 1, 2018, he had opened parcels found in Vehicle-1 during the stop and removed their contents.

WHEREFORE, deponent prays that FAUSTO LUCAS, the defendant, be imprisoned or bailed, as the case may be.

_____
CHIQUITA SAFFORD
SPECIAL AGENT
UNITED STATES POSTAL SERVICE
OFFICE OF THE INSPECTOR GENERAL

Sworn to before me this
14th day of November, 2018

_____
THE HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3