

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2022

Hon. Andrew E. Krause
United States Magistrate Judge
300 Quarropas Street
White Plains, NY  10601

    Re:    United States v. Fausto Lucas

            <u>18 Mag. 9715</u>

Dear Judge Krause:

    The defendant in the above matter has been arrested and presented.  Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                By:    _____
                                Christopher D. Brumwell
                                Assistant United States Attorney
                                (212) 637-2477

SO ORDERED:

_____
Hon. Andrew E. Krause
United States Magistrate Judge

Dated: March 8, 2022